UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

QUANTUM CAPITAL NETWORK, LLC

      Plaintiff,

v.

                                  Case No. 03-21182-CIV-GOLD
                                  Magistrate Judge Simonton

CHUBB CUSTOM INSURANCE COMPANY

      Defendants.

_____/

## DEFENDANT CHUBB CUSTOM INSURANCE COMPANY'S MOTION FOR SANCTIONS

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Chubb Custom Insurance Company ("Chubb Custom") brings this motion for sanctions against Quantum Capital Networks, LLC ("Quantum") to address its ongoing discovery abuses. Despite this Court's November 6, 2003 Order compelling Quantum to produce a privilege log and all non-privileged documents responsive to Chubb Custom's discovery requests by November 19, 2003 (the "November 6 Order"), Quantum still has not produced all documents relevant to its purported damages and has not asserted any claim of privilege -- let alone provided a privilege log.

Chubb Custom has made reasonable efforts to confer with Quantum by sending a letter to Quantum's counsel requesting production of documents, filing a motion to compel, and seeking compliance with the November 6 Order in numerous telephone conversations and correspondence. Quantum's counsel never produced either the documents or the privilege log compelled by the November 6 Order.

Chubb Custom now asks the Court to sanction Quantum for its inexcusable, dilatory conduct. Specifically, Chubb Custom moves the Court to order that: 1) by failing to produce a privilege log, Quantum has waived any privilege that it might assert with regard to documents responsive to Chubb Custom's requests, and accordingly Quantum must produce documents withheld on that basis; 2) in the event that Quantum is successful in establishing

Chubb Custom's liability at trial, Quantum is precluded from introducing documents that have

not been produced to date as evidence of damages; and 3) Quantum is responsible for the fees

and costs associated with all of Chubb Custom's efforts to obtain this discovery.

Respectfully submitted,

HOGAN & HARTSON, L.L.P.
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

By: _____
Lori Piechura
Fla. Bar No. 979619

Jonathan A. Constine, Esquire
Edward C. Crooke, Esquire
HOGAN & HARTSON, L.L.P.
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

**Attorneys for Defendant Chubb Custom
Insurance Company**

2